OPINION — AG — ** IRRIGATION WATER PERMIT ** THE WATER RESOURCES BOARD HAS THE AUTHORITY TO GRANT TEMPORARY PERMITS FOR IRRIGATION WATER IN AMOUNTS LESS THAN TWO ACRE FEET PER SURFACE ACRE OF LAND OWNED OR LEASED BY THE APPLICANT WHEN TO GRANT SUCH AMOUNT WOULD NOT BE OF BENEFICIAL USE OR WOULD CONSTITUTE WASTE. (GROUND WATER, PROPERTY, WATER, WATER BASINS, PERMIT) CITE: 82 O.S. 1020.11 [82-1020.11] (JAMES R. BARNETT)